# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158228(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDMUND DANIEL BARSKI,
      Defendant-Appellant.

_____/

SC: 158228
COA: 341942
Jackson CC: 15-004512-FH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on October 1, 2018, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018



Clerk